# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: USA V.S. Tony Gomes Tejeira

FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-815-RBC
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)   x Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ _____
SOURCES: Mother supports me

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☒ Yes   ☐ No   IF YES, state total amount $ about $700

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE   ☐ MARRIED   ☐ WIDOWED   ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| loan from school | $10,000 | $ _____ | $ 61 |
| loan from school | $1,100 | $ _____ | $ 50 |
|  |  | $ _____ | $ _____ |
|  |  | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Tony Tejeira