AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

*filed in open court 4/20/04 2:30pm*

## APPEARANCE

*Detention/Prel. hearing*

Case Number: 04-815-MBB

To the Clerk of this court and all parties of record: Tony Teixeira

Enter my appearance as counsel in this case for *Defendant Tony Teixeira*

I certify that I am admitted to practice in this court.

_____  
Date: 4/20/04

Signature: *Barry P Wilson*

Print Name: Barry P Wilson

Bar Number: 

Address: 240 Commercial St

City: Boston  State: MA  Zip Code: 02109

Phone Number: 617-248-8979   Fax Number: