UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10165-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| TONY GOMES TEIXEIRA | ) | |

FILED
IN CLERKS OFFICE
2004 JUN 15 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOINT MOTION TO EXCLUDE TIME

Both parties jointly move to exclude from the time within which this case must be tried the period from the date of indictment, May 26, 2004, to the date of arraignment, which is now scheduled for July 14, 2004, subject to allowance by this Court of the defendant's motion to continue arraignment.

TONY GOMES TEIXEIRA

By: /s/ Barry P. Wilson
BARRY P. WILSON, ESQ
Attorney for Defendant
(617) 248-8979

MICHAEL J. SULLIVAN

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

June 15, 2004