UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> VS. ) <br> ) <br> TONY GOMES TEIXEIRA, ) <br> DEFENDANT. ) | CRIMINAL NO. <br> 0410165-RCL |

## MOTION TO CONTINUE

NOW COMES the defendant, Tony Teixeira, in the above entitled matter and request that his hearing be continued from Wednesday, June 16, 2004 at 3:00 p.m. to Wednesday, July 14, 2004 at 3:00 p.m. In support thereof, defendant counsel is presently on trial in the New Bedford Superior Court in Commonwealth v. Jose Cabrera, before the Honorable Justice Garsh.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: June 15, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS.                                        )<br>)<br>TONY GOMES TEIXEIRA, )<br>DEFENDANT.                         ) | CRIMINAL NO.<br>0410165-RCL |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motion For Continuance," on this date, by First Class Mail, to Timothy Feeley, A.U.S.A. United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: JUNE 15, 2004