UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 15 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. |
| VS. ) | MJ-04-815-MBB |
| ) | |
| TONY GOMES TEIXEIRA, ) | |
| DEFENDANT. ) | |

## MOTION TO SUPPLY THE COURT WITH CERTAIN INFORMATION

Now comes, Tony Gomes Teixeira, in the above entitled matter and informs this Court that the case that the Assistant United State Attorney stated was a case involving a gun was in fact a case involving four (4) bullets. Said case is from the Brockton District Court and is numbered 9815CR8771 and a police report along with other applicable papers are attached to this motion.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: 4/28/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2004 JUN 15 P 12: 11*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | CRIMINAL NO. |
| ) | MJ-04-815-MBB |
| ) | |
| TONY GOMES TEIXEIRA, ) | |
| DEFENDANT. ) | |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motion to Supply the Court with Certain Information," on this date, by First Class Mail, to Timothy Seely, AUSA, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

*/s/ Barry P. Wilson*
Barry P. Wilson

Date: 6/13/04