UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18  P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. |
| VS. ) | 0410165-RCL |
| ) | |
| TONY GOMES TEIXEIRA, ) | |
| DEFENDANT. ) | |

## MOTION TO VOLUNTARILY AGREE TO DETAINMENT

The Defendant, Tony Gomes Teixiera, moves that this Court continue his detainment without prejudice until the date of his arraignment, at which time the Defendant will re-address the issue of detainment.

Respectfully submitted by,
FOR THE DEFENDANT

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA  02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: 6/17/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1:20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>VS. )<br>)<br>TONY GOMES TEIXEIRA, )<br>DEFENDANT.                ) | CRIMINAL NO.<br>MJ-04-815-MBB |

### CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motion to Voluntarily Continue Detainment," on this date, by First Class Mail, to Timothy Seely, AUSA, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: 6/17/04