UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10165-RCL |
| | ) | |
| V. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §922(g)(1) |
| TONY GOMES TEIXEIRA | ) | Felon-in-Possession of Firearm |
| | ) | and Ammunition |

SUPERSEDING INDICTMENT

COUNT ONE:     (18 U.S.C. §922(g)(1) - Felon-in-Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about April 5, 2004, at Brockton, in the District of Massachusetts,

TONY GOMES TEIXEIRA,

defendant herein, did, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possess in or affecting commerce a firearm and ammunition, to wit: a Glock 17, 9mm semi-automatic pistol and ten rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF ADDITIONAL FACTS

The Grand Jury further finds that:

1.  The firearm charged in the indictment was stolen. Accordingly, U.S.S.G. §2K2.1(b)(4) applies.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
TIMOTHY Q. FEELEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August 11, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK