UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10165-RCL |
| ) | |
| V.                        ) | |
| ) | |
| TONY GOMES TEIXEIRA       ) | |

## JOINT MOTION TO EXCLUDE TIME

Both parties jointly move to exclude from the time within which this case must be tried the following periods of time:

  July 15, 2004 to August 9, 2004 (from day after arraignment to ISC for automatic discovery period)

  August 10, 2004 to September 22, 2004 (from day after ISC to day defendant's motions are due)

TONY GOMES TEIXEIRA                               MICHAEL J. SULLIVAN

By: _Barry P Wilson_                              By: _Timothy Feeley_
BARRY P. WILSON, ESQ                              TIMOTHY Q. FEELEY
Attorney for Defendant                            Assistant U.S. Attorney
(617) 248-8979                                    (617) 748-3172

August 11, 2004