# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                CR. NO. 04-10165-RCL

TONY GOMES TEXEIRA

## NOTICE

August 18, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superceding Indictment at 2:45 p.m., Tuesday, September 7, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**