UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERKS OFFICE

2004 SEP 24  A 10: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | NO. MJ-04-815-MBB |
| ) | 04-10165-RCL |
| TONY TEXIERA, ) | |
| _Defendant._ ) | |

### ASSENTED-TO MOTION TO EXTEND FILING DATE FOR MOTION TO SUPPRESS

The Defendant, Tony Texiera, requests through counsel that this Court grant him

an additional two (3) weeks to file his Motion to Suppress. Specifically, the Defendant

requests that the Court allow him to file his Motion no later than October 13, 2004.

As grounds, the Defendant states that counsel requires the additional time to

properly prepare the Motion.

The Government has assented to this Motion.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700 (Fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | CRIMINAL NO. |
| VS. ) | MJ-04-815-MBB |
| ) | 04-10165-RCL |
| TONY GOMES TEIXEIRA, ) | |
| DEFENDANT. ) | |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motion to Extend Filing Date for Motion to Suppress" on this date, by fax and First Class Mail, to Timothy Feeley, A.U.S.A. United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: _____