

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| VS. | ) CRIMINAL NO. |
| | ) 04-10165-RCL |
| TONY GOMES TEIXEIRA, | ) |
| DEFENDANT. | ) |

### MOTION TO CONTINUE

NOW COMES the defendant, Tony Gomes Teixeira, in the above entitled matter and request that his hearing be continued from Friday, October 8, 2004, 2:15 p.m. to Thursday, November 4, 2004 at 2:15 p.m. Counsel is ill and unable to attend. The Assistant United States Attorney has assented to this motion.

The defendant waives the time between this date presently scheduled for hearing on this matter and the date for which this matter is continued to for purposes of the speedy trial act.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: October 7, 2004