UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-10165-RCL |
| v. | ) |
| | ) |
| TONY GOMES TEIXEIRA | ) |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case. Any other Assistant U.S. Attorney on the docket may be removed.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By: /s/ Timothy Q. Feeley
                                   TIMOTHY Q. FEELEY
October 14, 2004                  Assistant U.S. Attorney
                                   (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Barry P. Wilson, Esq., 240 Commercial Street, Suite 5A, Boston, MA 02109, a copy of the foregoing document by first class mail.

                                        /s/ Timothy Q. Feeley
                                        TIMOTHY Q. FEELEY
                                        Assistant U.S. Attorney