A 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -1  P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| VS. | ) | NO. MJ-04-815-MBB |
| | ) | |
| TONY TEXIERA, | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS

The undersigned being duly sworn deposes and states to the best of his knowledge and belief:

1. My name is Barry P. Wilson and I am lawfully admitted to the bar of the commonwealth of Massachusetts and the United States District Court for the District of Massachusetts;

2. I am the attorney for Tony Texiera, the Defendant in the above-entitled matter;

3. I have conferenced the above-entitled matter with the Defendant and have reviewed some preliminary documents relevant and pertaining to the above-entitled matter;

Signed under the pains and penalties this ___1___ day of _November_ 2004.

_____
Barry P. Wilson