# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10165-RCL

UNITED STATES OF AMERICA

v.

TONY GOMES TEXEIRA

## FINAL STATUS REPORT

November 5, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm and ammunition, was returned on August 11, 2004;

2. The defendant was arraigned on the Superseding Indictment on September 7, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately four to six witnesses and that the trial would last approximately one week;

5. Defense counsel has filed a motion to suppress;

6. As of the date of this Final Status Report, time has been excluded through November 4, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge