SCANNED
DATE: 11-15-04
BY: CMS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | NO. MJ-04-815-MBB |
| ) | |
| TONY TEXIERA, ) | 04-10165-RCL |
| Defendant. ) | |

**AFFIDAVIT OF DEFENDANT IN SUPPORT OF MOTION TO SUPPRESS**

The undersigned being duly sworn deposes and states to the best of his knowledge and belief:

1. My name is Tony Texiera, and I am the Defendant in the above-entitled matter;

2. I have reviewed all of the police reports in this matter that have thus been provided to my attorney by the Commonwealth of Massachusetts and the United States of America;

3. On April 5, 2004, the Massachusetts State Police made a warrantless search of a vehicle in which I was a passenger;

4. The search was conducted without probable cause or in accordance with any recognized exception to the warrant requirement;

5. Therefore, the police violated my Fourth Amendment rights under the United States Constitution.

Signed under the pains and penalties this 5th day of November 2004.

Tony Texiera



## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have on this day served the enclosed documents by first-class mail, postage prepaid, to the following:

Timothy Feely, AUSA
United States Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Dated: 11/09/04

Barry P. Wilson