# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

*United States of America*
_____
**Plaintiff**

▬▬▬▬▬▬▬▬

V.                                                          NO. *04-CR-10165*

*Tony Texiera*
_____
**Defendant**

## ORDER RETURNING PLEADINGS

*Lindsay*_____ **D.J.**

On ___*11/10/04*_____ the Clerk received your *Response to Gov't Opposition to Defendant's Motion to Suppress* _____
for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )   The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )   The papers or documents do not conform to Local Rule 5.1(a) because:

    ( )   Board of Bar Overseers Registration Number has not been provided.

    ( )   8 1/2" x 11" paper has not been used.

    ( )   A backer is attached.

    ( )   The documents are not properly bound.

    ( )   The text is not double-spaced.

    ( )   The discovery request or response text is not single-spaced.

( )   Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )   Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )   The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(✓)   Other *Defense needs Motion for Leave to file this Reply.*

*11/22/04*
_____
**DATE**

*Judge Reginald C. Lindsay*
_____
**UNITED STATES DISTRICT JUDGE**
*signed by Deputy Clerk: Don Stanhope*
[o.]

(Retndocs.ord - 09/92)