# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                Criminal Action
                                                                No: <u>04-10165-RCL</u>

UNITED STATES

v.

TONY TEXIERA
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

   TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **3:00PM**, on **December 9, 2004,** in Courtroom No. 11, 5th floor.

                                                                By the Court,

                                                                /s/ Lisa M. Hourihan
                                                                _____
                                                                Deputy Clerk

December 1, 2004

To: All Counsel