# LAW OFFICES OF
# BARRY P. WILSON

BARRY P. WILSON
EDWARD N. HARRINGTON

MAILING ADDRESS:
240 COMMERCIAL STREET
SUITE 5A
BOSTON, MASSACHUSETTS 02109
617-248-8979
FAX 617 523-8700

November 30, 2004

Clerk – Criminal
United States District Court
John Joseph Moakely U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   United States v. Tony Texiera
      No. MJ-04-815-MBB
            04-10165-RCL

Dear People:

On October 22, 2004 I filed a Motion for Bail on behalf of my client, Tony Texiera. I am writing now to request that the matter be marked up for hearing before Judge Bowler.

Thank you.

Very truly yours,

Barry P. Wilson

BPW/eh
Enc.
Cc:   Timothy Feely, AUSA
      Tony Texiera