UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) VS. ) ) TONY GOMES TEIXEIRA, ) DEFENDANT. ) | CRIMINAL NO. 0410165-RCL |

### DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

The Defendant, Tony Texiera, requests that pursuant to Local Rule 7.1(B)(3) this Court grant him leave to file a response to the Government's opposition to his Motion to Suppress.

As grounds, the Defendant states that the response is necessary in order to clarify factual questions in the case, and it is in the interests of justice for the response to enter into the record.

The Defendant has attached a draft of his proposed response.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Dated: 11/30/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>TONY GOMES TEIXEIRA, )<br>DEFENDANT. ) | CRIMINAL NO.<br>0410165-RCL |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within documents, on this date, by First Class Mail, to Timothy Feeley, Assistant U.S.Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: 11/30/04