UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10165-RCL |
| | ) | |
| TONY GOMES TEIXEIRA | ) | |

<u>MOTION TO WITHDRAW</u>

    Undersigned counsel moves to withdraw from the above captioned case.  As reason therefor, defendant has retained Barry P. Wilson, Esq. to represent him.

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                 B.B.O. #333480
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel:  617-223-8061

December 8, 2004