2/9/05

Dear Judge Lindsay,

I hope this letter finds you in the best of health. I am writing you in regards to my case; United States v. Tony Peixeira no. MJ-04-815-MBB. I have been in custody at the Plymouth House of Corrections for ten months to date. I had an attorney by the name of Barry P. Wilson representing me but I was forced to fire him because he kept filing motions that I was unaware of, and the way I was being treated was not acceptable. I have since December 15, 2004 went before the Honorable Marianne B. Bowler for bail for the second time and was granted bail from the government in the form of my family putting up property in Brockton MA. I have been waiting since then to be released, but the lawyer I had has done nothing but be very disrespectful to me and my family. All of this is besides the fact that I am writing you. I wrote to you because I don't know nothing that is going on in my case. I don't know

what is being offered for time; what I am facing or anything else. I know I have a court date coming up on February 18, 2005 from what I was told before from a relative of mine who called the lawyer I was working with, but now since I have no lawyer I was wondering if I will still be brought into court or not. This is my first serious charge that I have ever had. I have never had any other guns on my record or been in a serious matter as the present one. If I knew what I was facing or at least a little more information than I know now I might be willing to go into court and plead guilty even though I know I am not. I just want to get this over with so I can put all of this behind me and start my life again. I graduated from the Bay State School of Technology in Canton MA on November 18, 2003. I was going to get a job but without a license its hard especially in the field I graduated from.

I have had a grandfather whom I have never met pass away recently and a very good friend of mine also. I am not asking for your sympathy on me. I am just asking to get to know some information since you are my judge and if I can speed this process up so I can get this situation over with and get on with my life. Thank you for your time and I hope to hear from you soon, but if not from you maybe someone can let me know something pertaining to my situation.

Thank You

Very truly yours,
Tony Gomes Pipeira
26 Long Pond Road
Plymouth MA 02360
Unit: E3 Rm: 303