UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 18 P 1: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. |
| VS. ) | 0410165-RCL |
| ) | |
| TONY GOMES TEIXEIRA, ) | |
| DEFENDANT. ) | |

## MOTION TO WITHDRAW

Now comes attorney Barry Wilson, counsel for the Defendant in the above-captioned matter, and requests that he be allowed to withdraw as counsel. Counsel has learned that the Defendant, Mr. Teixeira, has retained new counsel, and no longer wishes to have Mr. Wilson represent him in this matter.

Respectfully Submitted,
For the Defendant,

/s/ Barry P. Wilson
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 2/16/05