UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>TONY GOMES TEIXEIRA, )<br>DEFENDANT. ) | CRIMINAL NO.<br>0410165-RCL |

### CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within documents, on this date, by First Class Mail, to Timothy Feeley, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: 2/16/05