UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10165 RCL

UNITED STATES OF AMERICA

V                                               NOTICE OF APPEARANCE

TONY GOMES TEIXEIRA

Now comes attorney CLIFFORD SAMUEL SUTTER and hereby enters his appearance for

the above-named defendant TONY GOMES TEIXEIRA.

By his attorney:

C. Samuel Sutter
203 Plymouth Avenue
Fall River, MA 027213
Telephone No: (508) 674-8633
Facsimile No:  (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10165 RCL

UNITED STATES OF AMERICA

V                                        CERTIFICATE OF SERVICE

TONY GOMES TEIXEIRA


I, Kelley Anne Sylvia, hereby certify that on this the 15th day of March, 2005, I mailed a copy

of the Notice of Appearance to Assistant United States Attorney, Timothy Q. Feeley, at U.S.

Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210.


_____
Kelley Anne Sylvia