UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 03-10303

UNITED STATES OF AMERICA

V

TONY TEIXEIRA

DEFENDANT'S MOTION TO CONTINUE

Now comes the defendant, TONY TEIXEIRA, and hereby moves that this Honorable Court continues his case which is scheduled for a Bail Review hearing on Thursday, May 5, 2005, to Monday, May 9, 2005, at 2:30 p.m..

As grounds therefore, the defendant states that his attorney has a scheduling conflict in that he is scheduled for trial at the Attleboro District Court in the matter of Comonwealth v Jerry Williams. Attorney Sutter requests that the time from May 5th, through May 9th, be excluded from the Speedy Trial Act. As further grounds, United States Assistant Attorney Timothy Feeley assents to this continuance.

WHEREFORE, the defendant prays that this Honorable Court continue his Bail Review hearing to Monday, May 9, 2005, at 2:30 p.m..

By his attorney,

*C. Samuel Sutter*
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 03-10303

UNITED STATES OF AMERICA

V

CERTIFICATE OF SERVICE

TONY TEIXEIRA

I, Kelley Anne Sylvia, hereby certify that on Thursday, May 5, 2005, I sent by first class mail a copy of Defendant's Motion to Continue, to United States Attorney Timothy Feeley, located at 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley Anne Sylvia