UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 03-10303

UNITED STATES OF AMERICA

V                                    ATTORNEY SUTTER'S MOTION
                                     TO WITHDRAW
TONY TEIXEIRA

Now comes Attorney Clifford Samuel Sutter, counsel for the defendant, TONY TEIXEIRA, and moves that this Honorable Court permit him to withdraw from this case.

As grounds, therefore, Attorney Sutter states that he will not be able to handle this case any more because of a personal career decision that he has made. He has decided to run for District Attorney of Bristol County, Massachusetts. The election will take place on September 19th, and Attorney Sutter is now in the midst of greatly reducing his caseload, particularly his most serious cases. Attorney Sutter is trying to arrange his schedule so that he does not have to make court appearances after May 1, 2006. Attorney Sutter has met with the defendant and the defendant agrees with Attorney Sutter's decision to withdraw.

WHEREFORE, the Attorney Sutter moves that this Honorable Court permit him to withdraw from this case.

By his attorney,

/s/ C. Samuel Sutter  kms

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 03-10303

UNITED STATES OF AMERICA

V                                                   <u>AFFIDAVIT IN SUPPORT</u>

TONY TEIXEIRA

I, Clifford Samuel Sutter, do solemnly swear upon my oath that the following statements are true to the best of my knowledge and belief:

1. I am a duly licensed attorney with a law office located at 203 Plymouth Avenue, Fall River, Massachusetts.

2. I have represented the defendant, Tony Teixeira, for approximately one year.

3. Two weeks ago, I met with Mr. Teixeira at my office.

4. I explained to him that I had decided to run for District Attorney of Bristol County and, that as a result of that decision, I was not going to have as much time as I wanted to prepare for his case.

5. I also told him that, in the event I won the election, I would have to withdraw from his case, if his trial or his sentencing was still pending.

6. He agreed that it would be in his best interest to have a new attorney.

7. Attorney Frank Camera has agreed to replace me as the attorney for Mr. Teixeira.

<u>/s/ Clifford Samuel Sutter</u>
Clifford Samuel Sutter