UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10165

UNITED STATES OF AMERICA

V                                               DEFENDANT'S MOTION
                                                   TO CONTINUE

TONY TEIXEIRA

Now comes the defendant, TONY TEIXEIRA, and moves that this Honorable Court continue his trial which is scheduled for Monday, March 27, 2006, to a new date which is convenient with this Honorable Court, Assistant United States Attorney Timothy Feeley, and Mr. Teixeira's successor counsel.

As grounds, therefore, the defendant states that his present attorney, C. Samuel Sutter, has filed a Motion to Withdraw.  Mr. Sutter's motion is based upon his decision to run for District Attorney of Bristol County, Massachusetts.  Mr. Sutter's motion and affidavit state that he believes that he will not be able to devote all of the time that he would like to devote to Mr. Teixeira's case. In the event that Attorney Sutter's Motion to Withdraw is allowed, the defendant's new attorney will need some time to prepare for this trial.

WHEREFORE, the defendant moves that this Honorable Court continue his trial.

By his attorney,

/s/ C. Samuel Sutter  kms

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766