UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V. } | CRIMINAL ACTION |
| } | NO. 04-10165 RCL |
| TONY TEIXEIRA } | |
| DEFENDANT } | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the above-captioned Defendant.

                          Respectfully Submitted,
                          Tony Teixeira,,
                          By his attorney,

                          /s/ Frank D. Camera_____
                          Frank D. Camera
                          B.B.O. #635930
                          56 N. Main Street #321
                          Fall River, MA 02720
                          508-677-2878
                          508-677-2876

Dated: April 27, 2006