UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
        V.               )    CRIMINAL NO. 04-10165-RCL
                         )
TOMY GOMES TEIXEIRA      )
```

**<u>ASSENTED TO MOTION TO EXCLUDE TIME</u>**

The government hereby moves, with the assent of the defendant, to exclude the following period of time from the time within which this case must otherwise be tried:

| | |
|---|---|
| 5/26/04 - 7/14/04 | Excluded by court [Dk. 6/23/04] |
| 7/15/04 - 9/22/04 | Excluded by court [Dk. 8/13/04] |
| 9/24/04 - 9/30/04 | Motion for extension of time filed and under advisement |
| 9/30/04 - 10/13/04 | Excluded by court [Dk. 9/30/04] |
| 10/8/04 - 11/4/04 | Continuance of status conference by defendant's motion |
| 11/1/04 - 11/30/04 | Motion to suppress filed and under advisement |
| 12/1/04 - 12/8/04 | Bail motion on file, but not decided |
| 12/9/04 - 2/22/05 | Excluded by court [Dk. 33] |
| 2/22/05 - 3/15/05 | Excluded by court [Dk. 2/28/05] |
| 3/16/05 - 3/21/05 | Attorney (Wilson) motion to withdraw under advisement |

| | |
|---|---|
| 3/22/05 - 5/16/05 | Excluded by court [Dk. 41] |
| 5/16/05 - 11/14/05 | Motion to prepare pre-plea PSR granted to first status conference after preparation of PSR |
| 11/14/05 - 3/27/05 | Excluded by court [Dk. 55] |
| 3/16/06 - 5/1/06 | Attorney (Sutter) motion to withdraw under advisement |
| 4/25/06 - 7/17/06 | From pretrial conference to date of scheduled trial |

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:  /s/ Timothy Q. Feeley
                         TIMOTHY Q. FEELEY
                         Assistant U.S. Attorney
                         (617) 748-3172

ASSENTED TO:

/s/ Frank D. Camera
FRANK D. CAMERA, ESQ.
Attorney for the Defendant

May 11, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel of record, Frank D. Camera, Esq., by electronic filing notice.

                          /s/ Timothy Q. Feeley
                          TIMOTHY Q. FEELEY
                          Assistant U.S. Attorney