UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 04-10165-RCL
                              )
TONY GOMES TEIXEIRA            )
```

**GOVERNMENT'S WITNESS LIST**

The government expects to call the following witnesses in its case-in-chief, in the following order:

1. Trooper Eric Telford
   Massachusetts State Police

2. Trooper Carlton Jackson
   Massachusetts State Police

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172
```

July 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the forgoing on all counsel of record by electronic filing notice.

```
                              /s/ Timothy Q. Feeley
                              Timothy Q. Feeley
                              Assistant U.S. Attorney
```