UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 04-10165-RCL
                            )
TONY GOMES TEIXEIRA          )
```

**GOVERNMENT'S EXHIBIT LIST**

     The government expects to offer into evidence in its case-in-chief the following exhibits:

1. Glock 17 9mm semi-automatic pistol
2. Nine rounds of ammunition

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   /s/ Timothy Q. Feeley
                            TIMOTHY Q. FEELEY
                            Assistant U.S. Attorney
                            (617) 748-3172

July 12, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date I served a copy of the forgoing on all counsel of record by electronic filing notice.

                              /s/ Timothy Q. Feeley
                              Timothy Q. Feeley
                              Assistant U.S. Attorney