UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA } | | |
| V.                        } | CRIMINAL NO. | |
|                           } | 04-10165-RCL | |
| TONY GOMES TEIXEIRA       } | | |
| DEFENDANT                 } | | |

### DEFENDANT'S ANTICIPATED WITNESS LIST

Now comes the Defendant, Tony Gomes Teixeira, in the above-numbered matter and hereby submits the following as his list of anticipated witnesses:

1. Tony Gomes Teixeira

2. Jose Correia (D.O.B. 02-14-1984)

          Tony Gomes Teixeira,
          By His attorney,

Date: July 14, 2006        /s/ Frank D. Camera, Esq.
          508-677-2878

### CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing on all counsel of record by electronic filing.

          /s/ Frank D. Camera