UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    CRIMINAL NO. 04-10165-RCL
                                )
TONY GOMES TEIXEIRA             )

### GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* LATE

The government respectfully requests leave of court to file a motion *in limine* late.  The government's motion seeks to admit prior convictions of the defendant in the event that the defendant elects to testify in his own defense.  As grounds therefor, the government states that it just learned that the defendant intends to testify in his own defense.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney
    (617) 748-3172

July 14, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the forgoing on all counsel of record by electronic filing notice.

/s/ Timothy Q. Feeley
Timothy Q. Feeley
Assistant U.S. Attorney