UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10165-RCL |
| | ) |
| TONY GOMES TEIXEIRA, | ) |
| Defendant. | ) |

Verdict Form

1. As to the charge that the defendant, Tony Gomes Teixeira knowingly possessed a firearm and ammunition after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, we, the jury, find the defendant

   NOT GUILTY _____    GUILTY ✓

I certify that the foregoing is the answer of all the jurors and that the jurors all agreed to the answer.

_____
Foreperson of the Jury

Dated:

7-21-06