UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )     CRIMINAL NO. 04-10165-RCL
        v.                        )
                                  )
TONY GOMES TEIXEIRA               )


DISMISSAL OF ORIGINAL INDICTMENT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the original Indictment in this case.  As grounds for the instant dismissal, the undersigned states that the defendant was sentenced on the Superseding Indictment this date, and the further prosecution of the original Indictment is not in the interests of justice.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
October 25, 2006              Assistant U.S. Attorney
                              (617) 748-3172

Leave to File Granted:


_____
REGINALD C. LINDSAY
United States District Judge


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's

counsel, Frank D. Camera, Esq., a copy of the foregoing document
by hand and electronic filing notice.

                                        /s/ Timothy Q. Feeley
                                        TIMOTHY Q. FEELEY
                                        Assistant U.S. Attorney