## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA <br> v. <br><br> TONY TEIXEIRA <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) CRIMINAL ACTION NO.: 04-10165 RCL <br> ) <br> ) <br> ) |

## MOTION TO RELEASE MORTGAGE AND POST BOND

Now comes Pedro Teixeira, father of the defendant and requests that the mortgage on his property be discharged, and in its place, a bond be issued.

On or about May 9, 2005 the United States of America secured a mortgage on the property of Pedro Teixeira, of 204 Green Street, Brockton, Plymouth County Massachusetts, more particularly described:

    A deed from Barbara J. Saunders, formerly known as Barbara J. Johansen, a/k/a Barbara J. Gasse to Pedro Teixeira dated January 21, 1987 and recorded in the Plymouth County Registry of Deeds at Book 7439 Page 033.

This mortgage, in the amount of Sixty Thousand Dollars ($60,000.00) was to secure due observance, performance of the obligation, terms and conditions on the release of his son Tony Teixeira.

Pedro Teixeira is in the process of refinancing his property and this outstanding mortgage prohibits him from going forward with a new loan. Mr. Teixeira respectfully requests that the court allow him to post a cash bond, in the amount of Sixty Thousand Dollars ($60,000.00) so that he may clear the title to his house, and discharge the mortgage.

                                          Respectfully Submitted,

                                          /s/ David P. Mullen
                                          David P. Mullen, Esq.
                                          Law Office of James F. McGrail
                                          31 Fremont Street
                                          Needham, MA 02494
                                          781-455-1422

CERTIFICATE OF SERVICE

I, David P. Mullen, do hereby certify that on this date I served the forgoing "Motion to Release Mortgage and Post Bond" upon all parties of record to this action by electronic filing.

Office of the US Attorney
1 Courthouse Way
Boston, MA 02115

Dated: _____                                                                              /s/ David P. Mullen
                                                                                                     David P. Mullen