**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


**CRIMINAL ACTION NO.: 04 – 10165RCL**

|  |  |
|---|---|
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| TONY TEIXEIRA | ) |
|     Defendant | ) |
| | ) |

**NOTICE OF APPEARANCE**


        Attorney David P. Mullen hereby files his notice of appearance in the above captioned matter, solely for the representation of Pedro Teixeira, father of the named defendant and Mortgagor to the Clerk of the United States District Court for the District of Massachusetts in the sum of Sixty Thousand Dollars ($60,000).


                                        Respectfully submitted
                                        For Pedro Teixeira
                                        By his attorney


                                        /s/ David P. Mullen
                                        _____
                                        David P. Mullen, Esq.
                                        BBO #552575
                                        Law Office of James F. McGrail
                                        85 Franklin Street
                                        Needham, MA 02494
                                        781-455-1422
                                        781-455-1424(f)