UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO.: 04 – 10165RCL

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| V. | ) |
| TONY TEIXEIRA<br>    Defendant | ) |

MOTION TO WITHDRAW

Now comes Pedro Teixeira, father of the defendant and requests that his motion to Change Surety on Defendant's Release be withdrawn and have no action taken on it by this Honorable Court.

As reasons therefore, Pedro Teixiera's mortgage on his property at 204 Green Street in Brockton has not been approved in the expected time frame and may not close prior to the date of Tony Teixiera's expected surrender date. Due to the fact that the Mortgage held by the United States Government will be released at or soon after Tony Teixiera's surrender, there may be no need to release the mortgage prior to this date.

Respectfully submitted
For Pedro Teixeira
By his attorney

/s/ David P. Mullen
_____
David P. Mullen, Esq.
BBO #552575
Law Office of James F. McGrail
85 Franklin Street
Needham, MA 02494
781-455-1422
781-455-1424(f)

CERTIFICATE OF SERVICE

I, David P. Mullen, do hereby certify that on this date I served the forgoing "**MOTION TO WITHDRAW**" upon all parties of record to this action by electronic filing.

Office of the US Attorney
1 Courthouse Way
Boston, MA 02115

Frank Dennis Camera
56 North Main St.
Suite 321
Fall River MA 02720

Dated: <u>December 7, 2006</u>　　　　　　　　　　　　　　　　　<u>/s/ David P. Mullen</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David P. Mullen