## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CRIMINAL ACTION NO.: 04 – 10165RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| TONY TEIXEIRA | ) |
| | ) |

### MOTION TO DISCHARGE SURETY

Now comes Pedro Teixeira, father of the defendant, and requests that the mortgage on his property be discharged.

On or about May 9, 2005 the United States of America secured a mortgage on the property of Pedro Teixeira, of 204 Green Street, Brockton, Plymouth County Massachusetts.[1]

This mortgage, in the amount of Sixty Thousand Dollars ($60,000.00) was to secure due observance, performance of the obligation, terms and conditions on the release of his son Tony Teixeira. (refer to document 50 Case 1:04-cr-10165-RCL filed 05/09/2005).

As of March 7 2007, (or thereabout), Tony Teixeira has been surrendered and begun serving his sentence.

---

[1] more particularly described: A deed from Barbara J. Saunders, formerly known as Barbara J. Johansen, a/k/a Barbara J. Gasse to Pedro Teixeira dated January 21, 1987 and recorded in the Plymouth County Registry of Deeds at Book 7439 Page 033.

Pedro Teixeira is in the process of refinancing his property and this outstanding mortgage prohibits him from going forward with a new loan. Mr. Teixeira respectfully requests that the court discharge the mortgage so that he may clear the title to his house.

A proposed Discharge is attached.

                                  Respectfully submitted
                                  For Pedro Teixeira
                                  By his attorney

/s/ David P. Mullen
David P. Mullen, Esq.
BBO #552575
Law Office of James F. McGrail
31 Fremont Street
Needham, MA 02494
781-455-1422
781-455-1424(f)

Assented to:

| United States of America | Tony Teixeira |
| By its Attorney | By his Attorney |
| | |
| /s/ Timothy Feeley | /s/ Francis Camera |
| Timothy Feeley | Francis Camera |
| Assistant U.S. Attorney | 56 North Main St. |
| 1 Courthouse Way | Suite 321 |
| Suite 9200 | Fall River, MA 02720 |
| Boston, MA 02210 | |

2

CERTIFICATE OF SERVICE

I, David P. Mullen, do hereby certify that on this date I served the forgoing "**MOTION TO DISCHARGE SURETY with ATTACHMENT**" upon all parties of record to this action by electronic filing.

Office of the US Attorney<br>
1 Courthouse Way<br>
Boston, MA 02115<br>
<br>
Frank Dennis Camera<br>
56 North Main St.<br>
Suite 321<br>
Fall River MA 02720

Dated: <u>April 6, 2007</u>                                                            <u>/s/ David P. Mullen</u>
                                                                                               David P. Mullen

3