**Commonwealth of Massachusetts**
County of **Plymouth**
When recorded please mail to:

David P. Mullen, Esq.
Law Office of Attorney James F. McGrail
31 Fremont Street
Needham, MA 02494

## DISCHARGE OF MORTGAGE

**Know All Men By These Presents**: That, The Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02115, the owner and holder of a certain mortgage deed executed by Pedro Teixeira and to The Clerk of the United States District Court for the District of Massachusetts, bearing the date of **May 9th, 2005** and recorded in Book **30505** Page **241-243** Instrument number **54687** on **May 11th, 2005** in the Registry of Deeds of the County of **Plymouth**, securing certain note in the principal sum or **Sixty Thousand Dollars**, ($60,000) and certain promises and obligations set forth on said deed, upon the property situated in said state and county, hereby acknowledges full payment and satisfaction of said note and deed, and surrenders the same as cancelled and herby directs the County Register of Deeds to cancel, release and discharge the same of record.

Property Address – **204 Green Street in Brockton, Plymouth County, Massachusetts**
   More particularly described in the following deed:
      A deed from Barbara J. Saunders, formerly known as Barbara J. Johansen, a/k/a Barbara J. Gasse to Pedro Teixeira dated January 21, 1987 and recorded in the Plymouth County Registry of Deeds at Book 7439 Page 033.

IN WITNESS WHEREOF the said Court has caused these presents to be examined in its name by its proper officers thereunto duly authorized on _____, 2007.

The Clerk of the United States District Court for the District of Massachusetts

_____
Name:                              Title

**Commonwealth Of Massachusetts**
**County of Suffolk**
   I HEREBY CERTIFY that on _____, 2007 before me, an officer duly authorized in the Commonwealth and County aforesaid to take acknowledgements, personally appeared _____ well known to me to be the _____ of the United States District Court for the District of Massachusetts, and that he/she acknowledged executing the same freely and voluntarily under authority duly vested in him or her by said Court.

WITNESS may hand and official seal in the County and Commonwealth as stated above:

_____
Notary Public
Commission Expires

Prepared by
David P. Mullen, Esq.
Law Office of Attorney James F. McGrail
31 Fremont Street
Needham, MA 02494
781-455-1422