UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| V. } | CRIMINAL NO. |
| } | 04-10165-RCL |
| TONY GOMES TEXEIRA } | |
| DEFENDANT } | |

### DEFENDANT'S MOTION FOR DISCHARGE OF MORTGAGE

Now comes the Defendant, Tony Gomes Texeira, in the above-numbered indictment, and hereby moves that this Court order the Clerk of the United States District Court to issue a discharge of mortgage previously granted as a condition of pre-trial release. Said mortgage was granted by Pedro Teixeira for property located at 204 Green Street, Brockton, Massachusetts and recorded at the Plymouth County Registry of Deeds at Book 30505, Page 241

Date: May 13, 2007

Tony Gomes Texeira,
By his attorney,

/s/ Frank D. Camera, Esq.

### CERTIFICATE OF SERVICE
I hereby I have served the foregoing on all counsel of record on this date.

/s/ Frank D. Camera