## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Pedro Teixeira to the Clerk of the United States District Court for the District of Massachusetts, for property located at 204 Green Street, Brockton, Ma. dated May 11, 2005 and recorded in the official records of the Plymouth county Registry of Deeds at book 30505 and page 241-243 acknowledge satisfaction of the same.

Witness my hand and seal this 12 day of June, 2007.

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 6/12/07

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires: 12/8/08