Tony G. Teixeira
26 Long Pond Road
Plymouth, Ma 02360

To: The Office of the Honorable Reginald C. Lindsay
or his Clerk

From: Tony G Teixeira

Re: Any and All Documents Pertaining to
Case # 1: 04 CR 10165 -01 -RCL

Date: February, 4 2008

Dear Sir/Madam
                    Please forward me said Documents
stated above.
                    If there is a procedure
I need to follow to obtain said
Documents, then please forward all
necessary forms to make me aware of
the procedure.
                    If there is a fee please
forward said fee amount to me and
how and where said amount is to be
paid or the address where I may
have a money order sent to obtain

said Documents. All Documents I'm requesting are and not limited to the following:

A. All and Any Transcripts for any and all case #'s I have in US District Court.

B. All and Any Motions that have been filed in my behalf in US District Court.

C. Any and All Docket Entry Sheets that I have in US District Court.

D. Any and All motions filed against me by US Attorney. In US District Court

E. Any any All Documents that I have in US District Court file, for any and all Docket #'s I have in US District Court.

The other request I have today is can you please forward me

the Federal Appeal Rules and Regudations
I've tried to get said informations
here at the Plymouth County Correctional
Facility to no avail please assist me
in obtaining said information. Thank you
for your assistance with these matters.

Respectfully Submitted

Tony G. Teixeira
26 Long Pond Rd.
Plymouth, Ma. 02360

please note my P.C.C.F ID#'s
is 26050

cc/file